# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**STAMPEDE MEAT, INC.,**

    **Plaintiff,**

v.                                            Case No. 2:20-cv-01160-MV-CG

**MICHELLE LUJAN GRISHAM, in her official capacity as GOVERNOR OF THE STATE OF NEW MEXICO, HECTOR BALDERAS, in his official capacity as the ATTORNEY GENERAL FOR THE STATE OF NEW MEXICO, BILLY J. JIMENEZ, in his official capacity as the ACTING CABINET SECRETARY OF THE NEW MEXICO DEPARTMENT OF HEALTH, JAMES C. KENNEDY, in his official capacity as the CABINET SECRETARY OF THE NEW MEXICO ENVIRONMENT DEPARTMENT, THE NEW MEXICO ENVIRONMENT DEPARTMENT and THE NEW MEXICO DEPARTMENT OF HEALTH,**

    **Defendants.**

## JOINT MOTION TO STAY PROCEEDINGS

COMES NOW, the Parties, Defendants Governor Michelle Lujan Grisham, Acting Secretary Billy J. Jimenez, The New Mexico Department of Health, Secretary James C. Kenney, and The New Mexico Environment Department, by and through Holly Agajanian, Maria S. Dudley and Kyle P. Duffy, Hector Balderas, by and through Joseph Dworak, together with Plaintiff, by and through Ray | Peña | McChristian PC (Christopher J. Tebo and Moses B. Winston), and hereby move this Court for its Order staying all proceedings in this matter. As grounds for this Joint Motion, the Parties state and mutually agree that they require more time prior to participating in

1

additional briefing or other action in order to address the substantive matters at issue in this case. No party will be prejudiced by this action.

    WHEREFORE, the Parties request that this Court grant the Joint Motion to Stay Proceedings until a subsequent motion and/or request for hearing is filed.

November 16, 2020　　　　　　　　　　　　　Respectfully submitted,

                                               RAY | PEÑA | MCCHRISTIAN PC

*/s/ Christopher J. Tebo*
Christopher J. Tebo
Moses B. Winston
6501 Americas Pkwy NE, Ste. 820
Albuquerque, NM 87110
(505) 855-6000
ctebo@raylaw.com
mwinston@raylaw.com
*Attorneys for Plaintiff Stampede Meat, Inc.*

And

*/s/ Holly Agajanian*
Holly Agajanian
*Chief General Counsel to*
*Governor Michelle Lujan Grisham*
490 Old Santa Fe Trail, Suite 400
Santa Fe, New Mexico 87501
Holly.Agajanian@state.nm.us
505-476-2210

*/s/ Kyle P. Duffy*
Kyle P. Duffy
*Associate General Counsel to*
*Governor Michelle Lujan Grisham*
490 Old Santa Fe Trail, Suite 400
Santa Fe, New Mexico 87501
kyle.duffy@state.nm.us
505-476-2210

*/s/ Maria S. Dudley*
Maria S. Dudley
*Associate General Counsel to*
*Governor Michelle Lujan Grisham*

        490 Old Santa Fe Trail, Suite 400
        Santa Fe, New Mexico 87501
        maria.dudley@state.nm.us
        505-476-2210

*Attorneys for Defendants Governor Michelle Lujan Grisham, Acting Secretary Billy J. Jimenez, The New Mexico Department of Health, Secretary James C. Kenney, and The New Mexico Environment Department,*

*/s/ Joseph M. Dworak*
Joseph M. Dworak
New Mexico Office of the Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504
505-490-4830
jdworak@nmag.gov
*Attorney for Hector Balderas*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020, I filed the foregoing through the New Mexico Electronic Filing system, which caused all counsel of record to be served by electronic means.

                                                                 Respectfully submitted,

                                                                 */s/Christopher J. Tebo*
                                                                 Christopher J. Tebo