IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STAMPEDE MEAT, INC.,**

    **Plaintiff,**

v.                                                                                         Case No. 2:20-cv-01160-MV-CG

**MICHELLE LUJAN GRISHAM, in her official capacity as GOVERNOR OF THE STATE OF NEW MEXICO, HECTOR BALDERAS, in his official capacity as the ATTORNEY GENERAL FOR THE STATE OF NEW MEXICO, BILLY J. JIMENEZ, in his official capacity as the ACTING CABINET SECRETARY OF THE NEW MEXICO DEPARTMENT OF HEALTH, JAMES C. KENNEDY, in his official capacity as the CABINET SECRETARY OF THE NEW MEXICO ENVIRONMENT DEPARTMENT, THE NEW MEXICO ENVIRONMENT DEPARTMENT and THE NEW MEXICO DEPARTMENT OF HEALTH,**

    **Defendants.**

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS (DOC. 27)

THIS MATTER is before the Court on the parties' Joint Motion to Stay Proceedings (Doc. 27). The Court, having reviewed the Motion and being otherwise fully advised in the premises, finds that the Motion is well-taken and shall be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the proceedings in this matter are stayed until a subsequent motion and/or request for hearing is filed with the Court.

                                                      HONORABLE MARTHA VÁZQUEZ
                                                    UNITED STATES DISTRICT JUDGE

JOINTLY SUBMITTED BY:

**RAY, PENA, McCHRISTIAN PC**

*/s/ Christopher J. Tebo*
Christopher J. Tebo
Jane R. Elliott
6501 Americas Pkwy NE, Suite 820
Albuquerque, NM 87110
Tel:  505-855-6000
ctebo@raylaw.com
jelliott@raylaw.com
*Attorneys for Liberty Mutual Ins. Co. et. al*

    And

*/s/ Holly Agajanian*
Holly Agajanian
*Chief General Counsel to*
*Governor Michelle Lujan Grisham*
490 Old Santa Fe Trail, Suite 400
Santa Fe, New Mexico 87501
Holly.Agajanian@state.nm.us
505-476-2210

*/s/ Kyle P. Duffy*
Kyle P. Duffy
*Associate General Counsel to*
*Governor Michelle Lujan Grisham*
490 Old Santa Fe Trail, Suite 400
Santa Fe, New Mexico 87501
kyle.duffy@state.nm.us
505-476-2210

*/s/ Maria S. Dudley*
Maria S. Dudley
*Associate General Counsel to*
*Governor Michelle Lujan Grisham*
490 Old Santa Fe Trail, Suite 400
Santa Fe, New Mexico 87501
maria.dudley@state.nm.us
505-476-2210
*Attorneys for Defendants Governor Michelle*
*Lujan Grisham, Acting Secretary Billy J. Jimenez,*
*The New Mexico Department of Health, Secretary*
*James C. Kenney, and The New Mexico Environment*
*Department*

*/s/ Joseph M. Dworak*
Joseph M. Dworak
New Mexico Office of the Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504
505-490-4830
jdworak@nmag.gov
*Attorney for Hector Balderas*