IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STAMPEDE MEAT, INC.,

    Plaintiff,

v.                                  No. CV 20-1160 MV/CG

MICHELLE LUJAN GRISHAM, et al.,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Wednesday, February 24, 2021, at 2:00 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

                                          _____
                                          THE HONORABLE CARMEN E. GARZA
                                          CHIEF UNITED STATES MAGISTRATE JUDGE