IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STAMPEDE MEAT, INC.,

    Plaintiff,

v.   No. CV 20-1160 MV/CG

MICHELLE LUJAN GRISHAM, et al.,

    Defendants.

### ORDER VACATING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon notice that this case has settled.

**IT IS HEREBY ORDERED** that the telephonic status conference scheduled for **Wednesday, February 24, 2021, at 2:00 p.m.**, is **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE