IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STAMPEDE MEAT, INC.,**

    Plaintiff,

v.                                            Case No. 2:20-cv-01160-MV-CG

**MICHELLE LUJAN GRISHAM, in her official capacity as GOVERNOR OF THE STATE OF NEW MEXICO, HECTOR BALDERAS, in his official capacity as the ATTORNEY GENERAL FOR THE STATE OF NEW MEXICO, BILLY J. JIMENEZ, in his official capacity as the ACTING CABINET SECRETARY OF THE NEW MEXICO DEPARTMENT OF HEALTH, JAMES C. KENNEDY, in his official capacity as the CABINET SECRETARY OF THE NEW MEXICO ENVIRONMENT DEPARTMENT, THE NEW MEXICO ENVIRONMENT DEPARTMENT and THE NEW MEXICO DEPARTMENT OF HEALTH,**

    Defendants.

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)A)(i), Plaintiff Stampede Meat, Inc. ("Stampede"), by counsel, hereby files the foregoing notice of dismissal.

                                                      Respectfully submitted,

                                                      RAY | PEÑA | MCCHRISTIAN, P.C.

                                                      */s/ Moses B. Winston*
                                                      Christopher J. Tebo
                                                      Moses B. Winston
                                                      6501 Americas Pkwy NE, Ste. 820
                                                      Albuquerque, NM 87110
                                                      (505) 855-6000
                                                      ctebo@raylaw.com
                                                      mwinston@raylaw.com

/s/ *Thomas G. Haskins, Jr.*
Thomas G. Haskins, Jr. (*pro hac vice*)
BARNES & THORNBURG LLP
2121 North Pearl Street, Suite 700
Dallas, TX  75201-2469
Direct: (214) 258-4111
thaskins@btlaw.com

Michael P. Palmer  (*pro hac vice*)
BARNES & THORNBURG LLP
201 S. Main St., Suite 400
South Bend, IN  46601
Direct: (574) 237-1135
michael.palmer@btlaw.com

*Attorneys for Plaintiff Stampede Meat, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2021, I filed the foregoing through the New Mexico Electronic Filing system, which caused all counsel of record to be served by electronic means.

Respectfully submitted,

*/s/ Moses B. Winston*
Moses B. Winston

2